```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 22835
   TRACY L SMITH SR
   JANEE L SMITH                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8024    SSN XXX-XX-6849

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/05/2007 and was confirmed 01/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES CURRENT MORTG         .00            .00            .00
REAL TIME RESOLUTIONS IN CURRENT MORTG         .00            .00            .00
MD ORTHORIC & PROSTETIC  UNSECURED          111.00            .00            .00
REAL TIME RESOLUTIONS IN MORTGAGE ARRE     2465.84            .00         271.36
DEUTSCHE BANK NATIONAL   NOTICE ONLY     NOT FILED            .00            .00
BARCLAYS CAPITAL REAL ES MORTGAGE ARRE    24287.00            .00        2672.64
WELLS FARGO BANK NA      UNSECURED         5977.59            .00            .00
BOROVSKY & EHRLICH       DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                          256.00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              3,200.00

PRIORITY                                              .00
SECURED                                          2,944.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               256.00
DEBTOR REFUND                                         .00
                  ---------------         ---------------
TOTALS               3,200.00                    3,200.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 22835 TRACY L SMITH SR & JANEE L SMITH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 22835 TRACY L SMITH SR & JANEE L SMITH